HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
heather_williams@fd.org

Attorney for Defendant
Timothy Vandermaesen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Yosemite Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY VANDERMAESEN,<br><br>　　　　Defendant. | Case №:6:16-mj-057- EPG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Date:  August 24, 2016**<br>**Time:  10:00 a.m.**<br>**Magistrate Judge Michael J. Seng** |

Defendant, TIMOTHY VANDERMAESEN, by and through Heather E. Williams, Federal Defender, and the United States of America, by and through Matthew McNease, Acting Legal Officer, National Park Service, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and General Order 479, T1 – a failure to continue would result in a miscarriage of justice, stipulate and move to **continue the Status Conference set for August 24, 2016, to Wednesday, September 21, 2016, at 10:00 a.m.**, and to permit his telephonic appearance, as follows.

1. The defense received the Government's disclosure around August 11, 2016, and forwarded it and the Government's plea offer to VANDERMAESEN shortly after.

2. Because VANDERMAESEN lives in the Ojai, California area, counsel have not yet had an opportunity to review the disclosure and plea offer with him.  Also, initially scheduled defense counsel. Assistant Federal Defender Jerome Price, who was to cover the August 24, 2016 Status Conference, needed to

change his schedule only a week before the current date, so substitute undersigned counsel also has not had time to meet with VANDERMAESEN.

THEREFORE, so the plea offer can be ethically conveyed and discussed with VANDERMAESEN, and so counsel and client can have adequate time to review the disclosure and conduct investigation, if needed, and defense counsel would not be effective as required to proceed with other than continuing the Status Conference, Defendant TIMOTHY VANDERMAESEN moves to:

1. continue his Status Conference from August 24, 2016, to Wednesday, September 21, 2016, at 10:00 a.m.; and
2. waive his physical presence at that hearing and appear telephonically, just as this Court permitted his presence waived at the August 24, 2016, hearing (Dkt. 2).

The Government stipulates to the requested continuance.

SUBMITTED: August 22, 2016.

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        *s/ Heather E. Williams*
                                        HEATHER E. WILLIAMS
                                        Federal Defender
                                        Attorney for TIMOTHY VANDERMAESEN

UPON E-MAILED STIPULATION        UNITED STATES OF AMERICA

                                        *s/ Matthew McNease*
                                        MATTHEW McNEASE
                                        Action Legal Officer, National Park Service

/////

/////

/////

/////

## **ORDER**

Upon the parties' stipulation, good cause appearing, and finding the ends of justice are met by granting the requested continuance,

IT IS HEREBY ORDERED that the Status Conference set for August 24, 2016, is continued to Wednesday, September 21, 2016, at 10:00 a.m.  Defendant's physical appearance is waived; he may appear telephonically.

IT IS SO ORDERED.

Dated:   August 22, 2016                    /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE