HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TIMOTHY VANDERMAESEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00057-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE THE JANUARY 24, 2017 CHANGE OF PLEA HEARING; ORDER** |
| vs. | |
| TIMOTHY VANDERMAESEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Timothy Vandermaesen, that the change of plea hearing currently scheduled for January 24, 2017, may be moved to February 28, 2017, at 10:00 a.m.

The parties are currently in plea negotiations. Additional time is needed for defense counsel to evaluate and advise Mr. Vandermaesen of any possible immigration consequences that may arise as a result of a conviction in this case.

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  January 20, 2017       */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: January 20, 2017       */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
TIMOTHY VANDERMAESEN


**O R D E R**

The Court hereby grants the parties' request to continue the change of plea hearing from January 24, 2017, to February 28, 2017, at 10:00 a.m. in case number 6:16-mj-00057-MJS.

IT IS SO ORDERED.

Dated:   January 23, 2017        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE