HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TIMOTHY VANDERMAESEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00057-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE THE FEBRUARY 28, 2017 CHANGE OF PLEA HEARING;  ORDER** |
| vs. | |
| TIMOTHY VANDERMAESEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Timothy Vandermaesen, that the change of plea hearing currently scheduled for February 28, 2017, may be moved to March 22, 2017, at 10:00 a.m.

On January 24, 2017, the parties filed a joint stipulation to continue Mr. Vandermaesen's change-of-plea hearing until February 28, 2017. This continuance was requested in order to give defense counsel sufficient time to apprise Mr. Vandermaesen of the possible immigration consequences associated with any plea in this case. Defense counsel had difficulty reaching Mr. Vandermaesen's immigration attorney prior to the January 24, 2017 court date, and contact was only established shortly before that date. Additional time was requested to communicate what was learned through discussions with Mr. Vandermaesen's immigration attorney to Mr.

Vandermaesen.

Since January 24, 2017, defense counsel has communicated the possible consequences of any plea in this matter to Mr. Vandermaesen. However, Mr. Vandermaesen has additional questions related to these consequences and requires further clarification from his immigration attorney.

Additionally, defense counsel was informed by Mr. Vandermaesen in early January 2017, that David Essel—Mr. Vandermaesen's 94 year-old father-in-law—was having health issues. Mr. Essel lives with Mr. and Mrs. Vandermaesen and the couple has responsibility for attending to his well-being. On February 21, 2017, defense counsel spoke with Mrs. Vandermaesen, who provided the following information. On January 1, 2017, Mr. Essel was admitted to a hospital in Ventura for pneumonia, arrhythmia, and respiratory issues. Mr. Essel remained in that hospital for approximately two weeks, until he was transferred on January 16, 2017, to a hospital in Ojai. After arriving in Ojai, it was discovered that Mr. Essel had contracted C.diff—a bacterial infection—while at the hospital in Ventura. Mr. Essel remained at the hospital in Ojai for four weeks, until he was released on February 14, 2017. Although released, Mr. Essel's condition requires constant attention, and has necessitated that the Vandermaesen's make significant renovations to their home to both accommodate a hospital bed for Mr. Essel, and to ensure that all possible bacteria is removed from the home.

Defense counsel is informed that while Mr. Essel was in both the Ventura and Ojai hospitals, Mr. Vandermaesen visited him nearly every day, and since Mr. Essel's release from the hospital, Mr. Vandermaesen has taken over responsibility for renovating their home to ensure his recovery. Mr. Vandermaesen also assists with various daily tasks for Mr. Essel which include lifting him in and out of bed, and attending to his basic needs. Because of the enormous burden associated with Mr. Essel's health issues over the last six weeks, additional time is required for Mr. Vandermaesen to receive further clarification from his immigration attorney. While the parties still anticipate a plea in this matter, this continuance is requested to ensure Mr. Vandermaesen's full understanding of any consequences associated with a plea.

The government is in agreement with this request.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | PHILLIP A. TALBERT<br>United States Attorney |
| Date:  February 23, 2017 | | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 23, 2017 | | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>TIMOTHY VANDERMAESEN |

**O R D E R**

The Court hereby grants the parties' request to continue the change of plea hearing from February 28, 2017, to March 22, 2017, at 10:00 a.m., in case number 6:16-mj-00057-MJS.

IT IS SO ORDERED.

Dated:   February 24, 2017                  /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE