HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TIMOTHY VANDERMAESEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY VANDERMAESEN,<br><br>    Defendant. | Case No. 6:16-mj-00057-MJS<br><br>**MOTION TO VACATE JANUARY 24, 2018 REVIEW HEARING; ORDER** |

Defendant Timothy Vandermaesen hereby requests that the Court vacate the January 24, 2018 review hearing. The Government is in agreement with the request.

On March 22, 2017, the Court sentenced Mr. Vandermaesen to 18 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, the Court ordered Mr. Vasquez to pay a fine of $1000 and attend a 52-week DV course. Mr. Vandermaesen was required to submit periodic progress reports that reflect his attendance at the DV course.

Mr. Vandermaesen has paid off his fine and has had no new law violations. Mr. Vandermaesen has also attended the DV course every week for the past eight months with the exception of four classes. Mr. Vandermaesen is on track to timely complete his DV course, and has submitted periodic reports to demonstrate his attendance. Accordingly, Mr. Vandermaesen

requests that the January 24, 2018 review hearing be vacated and a final review hearing be set for August 21, 2018.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2018         */s/ Hope Alley*
                               HOPE ALLEY
                               Assistant Federal Defender
                               Attorney for Defendant
                               TIMOTHY VANDERMAESEN

# **O R D E R**

Based on the parties' joint representation that Mr. Vandermaesen is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for January 24, 2018 at 10 a.m. and sets a final review hearing for August 21, 2018 at 10 a.m.

IT IS SO ORDERED.

Dated: January 16, 2018         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE