| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | RACHELLE BARBOUR, #185395<br>Attorney |
| 3 | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | rachelle.barbour@fd.org |
| 6 | Attorney for Defendant<br>TIMOTHY VANDERMAESEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6: 16-MJ-057-JDP |
|---|---|
| Plaintiff, | **MOTION TO VACATE AUGUST 21, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| TIMOTHY VANDERMAESEN, | |
| Defendant. | |

Defendant TIMOTHY VANDERMAESEN hereby requests that the Court vacate the August 21, 2018 review hearing. The Government is in agreement with the request.

On March 22, 2017, the Court sentenced Mr. Vandermaesen to 18 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Vandermaesen to complete a 52-week domestic violence treatment program and provide proof of attendance. He was also ordered to pay a $1000 fine.

//

//

Mr. Vandermaesen has paid off his fine and has had no new violations of law. He has completed the domestic violence program as ordered by the Court and provided proof of attendance and completion. Accordingly, the parties request that the Court vacate the August 21, 2018 review hearing.

Date: August 8, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Attorney for Defendant
TIMOTHY VANDERMAESEN

**O R D E R**

Pursuant to the parties' request, the court vacates the August 21, 2018, review hearing for this case.

IT IS SO ORDERED.

Dated:   August 9, 2018

UNITED STATES MAGISTRATE JUDGE